IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JOSE LIBIO SINESTERRA | § | |
| VS. | § | CIVIL ACTION NO. 5:08cv16 |
| KEITH ROY | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jose Libio Sinesterra, proceeding *pro se*, filed the above-
styled lawsuit. The court previously referred this matter to the
Honorable Keith F. Giblin, United States Magistrate Judge, at
Beaumont, Texas, for consideration pursuant to applicable laws
and orders of this court. The magistrate judge has submitted a
Report and Recommendation of United States Magistrate Judge
concerning this matter. The magistrate judge recommends that
this matter be dismissed.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge filed pursuant
to such referral, along with the record, pleadings and all
available evidence. Petitioner filed objections to the Report
and Recommendation.

The court has conducted a *de novo* review of the objections
in relation to the pleadings and the applicable law. *See* FED. R.

CIV. P. 72(b).  After careful consideration, the court concludes

the objections are without merit.

O R D E R

Accordingly, petitioner's objections are **OVERRULED.**  The

findings of fact and conclusions of law of the magistrate judge

are correct and the report of the magistrate judge is **ADOPTED.**  A

final judgment will be dismissing this lawsuit.


**SIGNED this 10th day of September, 2008.**


_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE